# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD DEMARCO and MARIJA LOURDES DEMARCO,<br><br>              Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, *et al.*,<br><br>              Defendants. | Case No.  2:09-cv-02333-KJD-GWF<br><br>**ORDER**<br><br>Motion to Extend (#25) |

This matter is before the Court on MTC Financial Inc.'s Motion to Extend Deadlines Provided for in the Scheduling Order (#25), filed April 5, 2011.  The Court held a hearing on this matter on April 27, 2011.  Upon review and consideration,

**IT IS HEREBY ORDERED** that MTC Financial Inc.'s Motion to Extend Deadlines Provided for in the Scheduling Order (#25) is **denied**, except as follows:

1. The Joint Pretrial Order shall be due 30 days after the Court issues an order on the Defendant's Motion to Dismiss (#14), unless otherwise ordered by the Court.

DATED this 27th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge