≋AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Edward Demarco, Marija Lourdes DeMarco

           Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

MTC Financial, Inc. d/b/a Trustee Corps

Case Number: 2:09-cv-02333-KJD -GWF

           Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of MTC Financial, Inc. d/b/a Trustee Corps against Edward Demarco and Marija Lourdes DeMarco.

June 17, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk